RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 2 2008
Jun 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Elton Morris

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County, Medical
Staff, intake Staff
The Sheriff At that
time.

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV 3173
JUDGE KENDALL
MAGISTRATE JUDGE KEYS

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

   ✓     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

   A.  Name: _ELTON MORRIS_

   B.  List all aliases: _N/A_

   C.  Prisoner identification number: _K96608_

   D.  Place of present confinement: _Vandalia C. Center_

   E.  Address: _P.O Box 500    62471_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: _Cook County Sheriff (Name Unknown)_
       Title: _Sheriff_
       Place of Employment: _2600 So California_

   B.  Defendant: _Cook County Intake Staff_
       Title: _7 to 3 Shift_
       Place of Employment: _2600 So California_

   C.  Defendant: _Cook County Medical Staff_
       Title: _Intake Medical Staff_
       Place of Employment: _2600 So California_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was incarcerated in Cook County Jail on 11-15-01 upon my Process in the County i went through a serious of Changes i went through a Penis Swab test, Also i went through a strip Search in a tunnel Also an x-Ray of my body Cavitiys. After this whole process was Completed i felt my Constitutional Rights were violated.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

45,000 dollars in Compensitory damages
5,000 dollars in Punitive damages
5,000 dollars in Nominal damages
to be paid to the Plaintiff.

VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  27 , 20 08

_Elton morri_
(Signature of plaintiff or plaintiffs)

ELTON MORRIS
(Print name)

K96608
(I.D. Number)  Apt 5 Regecy Court
Spring Field ILL.
62703
(Address)

6                                                  Revised 9/2007