**PRISONER CASE**

**FILED**

NF.

Clt

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

JUN 0 2 2008
Jun 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Plaintiff(s):** ELTON MORRIS | **Defendant(s):** COOK COUNTY, et al. | |

**County of Residence:** JOHNSON        **County of Residence:**

**Plaintiff's Address:**        **Defendant's Attorney:**

Elton Morris
K-96608
Vandalia - VAN
P.O. Box 500
Vandalia, IL 62471

08CV 3173
JUDGE KENDALL
MAGISTRATE JUDGE KEYS

**Basis
of Jurisdiction:**
☐ 1. U.S. Government Plaintiff        ☑ 3. Federal Question
                                         (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant        ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

        **Plaintiff:**

        **Defendant:**

**Origin:**
☑ 1. Original Proceeding        ☐ 5. Transferred From Other District

☐ 2. Removed From State Court        ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court        ☐ 7. Appeal to District Judge from
                                              Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☑ Yes        ☐ No

**Signature:** M. Burke        **Date:** 6/2/08