# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3173 | **DATE** | August 8, 2008 |
| **CASE TITLE** | Elton Morris (K-96608) v. Cook County Sheriff | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Elton Morris, has not complied with the Court's June 18, 2008 order directing him to submit an *in forma pauperis* application and an amended complaint within 30 days. Prison records indicate that he is no longer incarcerated. On its own motion, the court grants plaintiff an extension of time of 21 days from the date of this order. If plaintiff wants to continue with this case, he must comply with the June 18, 2008 order. Plaintiff is again warned that failure to comply within 21 days will result in the dismissal of this case. The clerk shall forward a copy of this order and the June 18, 2008 order to plaintiff at 1419 East Washington, Springfield, IL 62703, his last known address.

Docketing to mail notices.

isk